IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>v.<br><br>FRANCISCO DANIEL COBOS,<br>    Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. EP-20-CR-1957   DB (1) |

## STIPULATION OF FACTS FOR BENCH TRIAL

COME NOW, the parties in this case and hereby stipulate to the following facts:

1. On August 14, 2020, Defendant Francisco Daniel Cobos (Cobos) made arrangements to meet with a federal agent working in an undercover (UC) capacity to purchase 15 kilograms of cocaine for $235,000.00. The telephone conversations setting up the cocaine transaction were recorded.

2. Cobos, who lives in Wichita, Kansas traveled to El Paso, Texas, to receive the cocaine. Cobos requested to have the UC meet him at the hotel Cobos was staying at in El Paso, Texas; however, Cobos agreed to meet with the UC in the parking lot of a home improvement store in El Paso, Western District of Texas. Cobos arrived at the store in a Ford Mustang vehicle and met with the UC. Cobos indicated the money for the payment of the cocaine was in his hotel room. Cobos agreed to view the bundles of cocaine before bringing the money to the parking lot.

3. Cobos exited his vehicle and entered the vehicle of the UC and opened a bag containing multiple taped bundles. Subsequently, Cobos cut into the bundles to test the drugs and placed the bag back on the floor area of the UC's vehicle. Cobos then exited the UC vehicle and walked back to the Ford Mustang. The bundles inside the bag were five kilograms actual cocaine, and 10 kilograms "sham" (fake) cocaine.

4. Cobos agreed to go back to the hotel room to retrieve the money for payment. Cobos returned to the store's parking lot where he handed a backpack to the UC. The UC confirmed the backpack had money and Cobos was subsequently arrested. The backpack contained $219,736.

5. Fifteen kilograms of cocaine is an amount consistent with distribution.

6. All of the events listed above took place in El Paso, Western District of Texas.

Respectfully submitted,

ASHLEY C. HOFF
UNITED STATES ATTORNEY

BY: /s/ Richard Watts
RICHARD WATTS
Assistant U.S. Attorney

_____
FRANCISCO DANIEL COBOS
Defendant

_____
LOUIE LOPEZ
Defense Attorney